UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-01696-TLN-KJN
No. 2:23-cv-01697-TLN-KJN
No. 2:23-cv-01698-TLN-KJN
No. 2:23-cv-01702-TLN-KJN
No. 2:23-cv-01703-TLN-KJN
No. 2:23-cv-01709-TLN-KJN
No. 2:23-cv-01710-TLN-KJN
No. 2:23-cv-01743-TLN-KJN
No. 2:23-cv-01746-TLN-KJN
No. 2:23-cv-01774-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1       Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4 Alameda County conviction.[1]

5       Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01696, 2:23-cv-01697, 2:23-cv-

6 01698, 2:23-cv-01702, 2:23-cv-01703, 2:23-cv-01709, 2:23-cv-01710, 2:23-cv-01743, 2:23-cv-

7 01746 and 2:23-cv-01774 are DISMISSED; the Clerk of the Court is directed to close these cases;

8 no further filings will be accepted in any of the above referenced cases.

9 Date:  September 11, 2023

---

Troy L. Nunley
United States District Judge

---

[1]     In the caption of 2:23-cv-01746, plaintiff names the United States District Court for the Northern District of California.  To the extent plaintiff intended to raise the claims made in 2:23-cv-01746 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:23-cv-01746 are related to Plaintiff's Alameda County conviction.